# Image of Light Box Rooms



First
desk

# Image of Light Box Rooms



Transition from first to second door

# Image of Light Box Rooms



Dreamwear light room covid

## Second Desk

# Image of Light Box Rooms



Third desk