UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

------------------------------------------------X

FEDELINE DESIRE, TIFFANY ROBERTSON
individually and on Behalf of All Others
Similarly Situated,

          Docket No.:
          21-cv-16178 (NLH)(SAK)

Plaintiffs,

-against-

DREAMWEAR INC., JOSEPH FRANCO, ELLIOT FRANCO, JOHN OR JANE DOE 1 THROUGH 100, fictitious names being natural persons at present unidentified, XYZ CORPORATIONS 1 THROUGH 100, fictitious names being corporations at present unidentified, ABC ENTITIES 1 THROUGH 100, fictitious names being commercial entities at present unidentified,

Defendants.

------------------------------------------------X

STATE OF NEW YORK   )
                                ) ss.:
COUNTY OF NEW YORK  )

I, **NICK DELEON**, being duly sworn, say.

I am not a party to the within action, am over 18 years of age, and reside in Queens County, New York.

On March 7, 2023, I served the Notice of Hearing relating to the Motion for Sanctions and Motion to Dismiss Second Amended Complaint by ***First Class Mail*** delivering a true copy thereof, enclosed in a post-paid wrapper, in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State, addressed to each of the following:

|  |  |
|---|---|
| **Kwame L.A. Dougan, Esq.**<br>**Scotch & Palm Private Client Law Group, LLC**<br>**252 Nassau Street**<br>**Princeton, New Jersey 08540** | **Kwame L.A. Dougan, Esq.**<br>**Scotch & Palm Private Client Law Group, LLC**<br>**141 Harris Road**<br>**Princeton, New Jersey 08540** |

_____
**NICK DELEON**

Sworn to before me this
7th day of March 2023

_Patricia Bennett_
Notary Public

PATRICIA BENNETT
Notary Public, State of New York
No. 01BE6202723
Qualified in Richmond County
Commission Expires March 23, 2025