UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| FEDELINE DESIRE, TIFFANY ROBERTSON, individually and on Behalf of All Others Similarly Situated,<br><br>          Plaintiffs,<br><br>     v.<br><br>DREAMWEAR INC. et al.,<br><br>          Defendants. | No. 1:21-cv-16178-NLH-SAK<br><br>**JUDGMENT** |

This matter having come before the Court on Defendants' Motion for Sanctions (ECF 26); for the reasons explained in this Court's Opinion and Order of today's date and on the record at a hearing before this Court on March 30, 2023; and for good cause shown;

IT IS this 31st day of March, 2023, hereby

ORDERED that Judgment shall be entered in favor of Defendants against Kwame L. Dougan and Scotch & Palm Law Group in the amount of $23,753 for legal fees and expenses pursuant to Federal Rule of Civil Procedure 54 and Local Rule 54.2.

At Camden, New Jersey          s/ Noel L. Hillman
                               Noel L. Hillman, U.S.D.J.