# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 23-1847

Fredeline Desire, et al v. Dreamwear Inc., et al

(U.S. District Court No.: 1-21-cv-16178)

## ORDER

Pursuant to Fed. R. App. P. 3(a) and 3rd Cir. LAR 3.3 and Misc. 107.1(a), it is

ORDERED that the above-captioned case is hereby dismissed for failure to timely prosecute insofar as appellants failed to pay the requisite fee as directed. It is

FURTHER ORDERED that a certified copy of this order be issued in lieu of a formal mandate.

For the Court,

s/ Patricia S. Dodszuweit
Clerk

Dated:   August 09, 2023
cc:        Jeffrey H. Daichman, Esq.
           Kwame L. Dougan, Esq.
           Melissa E. Rhoads, Esq.

A True Copy:

*Patricia A. Dodszuweit*

Patricia S. Dodszuweit, Clerk
Certified Order Issued in Lieu of Mandate